IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK RAYE OWENS,

        Petitioner,                      No. CIV S-03-1377 GEB DAD P

    vs.

CHERYL K. PLILER, Warden,

        Respondent.               <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a reply to respondent's opposition to petitioner's motion for leave to amend. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's October 31, 2006 request for enlargement of time is granted; and

        2. Petitioner's reply to respondent's opposition shall be placed in the mail to the court and respondent's counsel on or before November 27, 2006.

DATED: November 8, 2006.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
owen1377.111